UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 11-585 (SRC) |
| | | Hon. Stanley R. Chesler |
| v. | : | |
| JERMANE FREEMAN, | : | ORDER MODIFYING CONDITIONS OF |
| a/k/a "Jermaine Freeman," | | DEFENDANT'S RELEASE |
| a/k/a "Mane," | : | |
| a/k/a "Main" | | |
| | : | |

This matter having been opened to the Court by a Pretrial Services Release Status Report dated September 8, 2011 (the "Pretrial Release Status Report"), which was submitted by United States Pretrial Services Officer Elizabeth Auson to the Court, the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Shirley U. Emehelu, Assistant United States Attorney, appearing), and James P. Kimball, Esq., attorney for defendant Jermane Freeman, and the Court having considered the representations made in the Pretrial Release Status Report and defendant's failure, on September 8, 2011, to report to Pretrial Services at 9:00 a.m. and to appear by 10:00 a.m. for a hearing before this Court, and for good cause having been shown, the Court hereby makes the following findings:

1. Having considered the factors set forth in Title 18, United States Code, Section 3142(g), the Court finds, for the reasons stated from the bench, that the existing conditions of release will not reasonably assure the appearance of defendant Freeman as required.

IT IS, therefore, on this      day of September, 2011,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Freeman's conditions of release shall be modified as follows:

ORDERED that defendant Freeman shall be placed on home detention with electronic monitoring by Pretrial Services with release only for court appearances, attorney visits, medical emergencies, and other exceptions pre-approved by Pretrial Services;

ORDERED that defendant Freeman has three weeks from the entry of this Order to resolve his pending domestic violence and traffic warrants and otherwise comply with all conditions of his release;

ORDERED that defendant Freeman shall face bail revocation proceedings if he does not fully comply with all conditions of his release within three weeks of the entry of this Order;

ORDERED that all prior conditions of release shall remain in full effect.

HONORABLE STANLEY R. CHESLER
United States Magistrate Judge